# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

DOTTIE J. NEW and
RALPH NEW,

      **Plaintiffs,**

v.                                                                                    Civil Action No. __5:23-cv-00628__

JUSTIN L. FARIS,
SUMMERS COUNTY SHERIFF'S
DEPARTMENT; SUMMERS COUNTY
COMMISSION and JOHN DOES

      **Defendant.**

## COMPLAINT

Comes now Dottie J. New and Ralph New, by counsel Stroebel & Stroebel P.L.L.C., and for their complaint herein, states as follows:

1.      On or about September 23, 2021, Defendant Justin Faris and John Does illegally entered plaintiffs' residence in violation of plaintiffs' constitutional rights. Defendants broke a door and bedroom lock while unlawfully entering the residence. Defendants did not have a search warrant, or an arrest warrant for anyone residing in the home or any other basis to enter plaintiffs' residence or to detain plaintiffs. Plaintiffs' claims are made pursuant to federal law for the illegal entry, unlawful detention, and the unnecessary/excessive use of force. When, and if applicable, plaintiff seeks damages up to the amount of insurance coverage provided to the defendants. This Court has jurisdiction over this matter as a result of the federal questions raised herein.

2.      Plaintiffs Dottie and Ralph New are residents of Raleigh County, West Virginia. Defendants Faris and Does were, acting under the color of state law and were employed by the Summers County Sheriff's Department/Summers County Commission. Defendants' conduct was wrongful and a violation of plaintiffs' constitutional right to be safe and secure at their

residence and to be free from unreasonable entry and search.  Defendants' unconstitutional conduct is evident from the events described herein.  Defendants illegally entered the residence without a search warrant or arrest warrant and violated plaintiffs' rights to be free from illegal entry to their residence. Defendants pointed weapons and repeatedly threatened the plaintiffs with harm and arrest.  Defendants then destroyed physical property located in the home.

3.      Upon information and belief, Defendants were employed by the Summers County Commission and were acting under the color of state law at the time they illegally entered plaintiffs' residence without a search or arrest warrant for any of the individuals present. Defendants are being sued in their individual capacities and upon information and belief are residents of West Virginia.

4.      This court has jurisdiction over this matter pursuant to 28 U.S.C. §1331.

### COUNT I - VIOLATIONS OF FOURTH AMENDMENT
### TO UNITED STATES CONSTITUTION/EXCESSIVE FORCE/ILLEGAL ENTRY

5.      Plaintiff re-alleges and incorporates paragraphs 1 through 4 above as if fully set forth herein.

6.      Defendants, as set forth hereinabove, illegally entered plaintiffs' residence and used force, which was unwarranted, unnecessary, unjustified and excessive.  Defendants unlawfully threatened plaintiffs with arrest and physical harm.  Defendants' actions were illegal and violated plaintiffs' constitutional rights to be free from illegal entry and illegal search. Defendants destroyed items owned by the plaintiffs as well as leaving the house and furniture in shambles.  Moreover, the malicious intent of Defendants is apparent from the repeated pointing weapons at the plaintiffs and verbally threatening them with harm.   Dottie New was sleeping in her bed in a night gown when Defendants broke into her bedroom and forced her out of bed while wearing only a nightgown.  Defendants refused to allow her to put on a robe.  Mr. New

was on the toilet when the defendants broke in and pointed their weapon at him.

7.     The force described above as used against the plaintiffs by Defendants was in violation of plaintiffs' rights under the Fourth Amendment of the United States Constitution to be free from unreasonable searches and illegal entry to their residence and unreasonable intrusions on their bodily integrity.  Plaintiffs were repeatedly threatened by the officers while having force-used against them when force was unnecessary.  Ms. New was forced out of bed, and Mr. New was held at gunpoint and repeatedly threatened by the defendants.  Mr. New was on the toilet when he was threatened, and Ms. New was in a nightgown and not allowed to put a robe on.  The conduct described throughout this Complaint is actionable pursuant to 42 USC § 1983 and was in direct violation of the Fourth Amendment.

8.     The illegal entry by Defendants was egregious, outrageous, and an abuse of power and a violation of plaintiffs' rights under the Fourth Amendment to be free from such illegal entry and excessive/unnecessary force.  Further, Defendants' acts, as set forth herein, were done while acting under the color of state law.  Moreover, Defendants would have known that this conduct violated plaintiffs' constitutional rights.

9.     As a result of the aforementioned, plaintiffs suffered severe emotional distress and physical violation.  Plaintiffs are therefore entitled to compensatory damages, punitive damages, as well as attorney fees and costs pursuant to 42 U.S.C. § 1983, 42 U.S.C. § 1988.

**COUNT II – VIOLATION OF PLAINTIFF'S CONSTITUTIONAL RIGHTS PRUSUANT TO *BIVENS V. SIX UNKNOWN NAMED FEDERAL AGENTS OF THE FEDERAL BUREAU OF NARCOTICSS***

10.     Plaintiffs do not re-allege and incorporate paragraphs 1 through 9 above as if fully set forth herein and set forth an alternative cause of action pursuant to *Bivens v. Six unknown named federal agents of the Federal Bureau of Narcotics*.

11.     On or about September 23, 2021, Defendant Justin Faris and John Does illegally

entered plaintiffs' residence in violation of plaintiffs' constitutional rights.  Defendants broke a door and bedroom lock while unlawfully entering the residence.  Defendants did not have a search warrant, or an arrest warrant for anyone residing in the home or any other basis to enter plaintiffs' residence or to detain plaintiffs.  Plaintiffs' claims are made pursuant to federal law for the illegal entry, unlawful detention, and the unnecessary/excessive use of force.  When, and if applicable, plaintiff seeks damages up to the amount of insurance coverage provided to the defendants.  This Court has jurisdiction over this matter as a result of the federal questions raised herein.

12.     Plaintiffs Dottie and Ralph New are residents of Raleigh County, West Virginia. Defendants Faris and Does were, acting under the color of federal law and were employed by a federal task force created to assist local law enforcement officers.  Defendants' conduct was wrongful and a violation of plaintiffs' constitutional right to be safe and secure at their residence and to be free from the unnecessary/excessive force.  Defendants' unconstitutional conduct is evident from the events described herein.  Defendants illegally entered the residence without a search warrant or arrest warrant and violated plaintiffs' rights to be free from illegal entry to their residence. Defendants pointed weapons and repeatedly threatened the plaintiffs with harm and arrest.  Defendants then destroyed physical property located at the home.  Mr. New was on the toilet when he was threatened, and Ms. New was in a nightgown and not allowed to put a robe on.

13.     Defendants were employed by a federal task force and were acting under the color of federal law at the time they illegally entered plaintiffs' residence without a search or arrest warrant.  Defendants are being sued in their individual capacities and upon information and belief are residents of West Virginia.

WHEREFORE, for the reasons set forth in this Complaint, and for such other and further reasons as are apparent to this Honorable Court, Plaintiff respectfully requests that judgment be entered in favor of the Plaintiffs and against the Defendants and requests that the Court award damages including, but not limited to, physical distress, damages for emotional and mental distress, punitive damages against, court costs, pre-judgment interest, post-judgment interest, attorney's fees and expenses.

PLAINTIFF DEMANDS A TRIAL BY JURY.

DOTTIE J. NEW and
RALPH NEW,
By Counsel,

/s/Paul M. Stroebel
Paul M. Stroebel (WV Bar #5758)
Stroebel & Stroebel, PLLC
P.O. Box 2582
Charleston, WV 25329
Telephone: (304) 346-0197
Fax: (304) 346-6029
E-mail: paulstroeb@aol.com