# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**DOTTIE J. NEW and**
**RALPH NEW,**

     **Plaintiffs,**

**v.**                                             **Civil Action No.  5:23-CV-00628**

**JUSTIN L. FARIS,**
**SUMMERS COUNTY SHERIFF'S**
**DEPARTMENT; SUMMERS COUNTY**
**COMMISSION and JOHN DOES**

     **Defendant.**

## NOTICE OF DEPOSITION

     PLEASE TAKE NOTICE that Plaintiff, by counsel, Paul Stroebel, will take the deposition upon oral examination of **Justin L. Faris**, for all purposes allowable under Rule 30 of the Federal Rules of Civil Procedure on **June 25, 2024 at 10:00 a.m.**. at the law office of Pullin, Fowler, Flanagan, Brown & Poe, PLLC located at 252 George Street; Beckley, West Virginia.

     You are invited to be present to protect your interests.

                                                        DOTTIE J. NEW and
                                                        RALPH NEW,
                                                        By Counsel,

                                                        **/s/ Paul M. Stroebel**
                                                        Paul M. Stroebel (WV Bar #5758)
                                                        Attorney for Plaintiff
                                                        Stroebel & Stroebel, PLLC
                                                        405 Capitol Street; Suite 102
                                                        P.O. Box 2582
                                                        Charleston, WV 25329
                                                         Telephone: (304) 346-0197
                                                        Fax: (304) 346-6029
                                                        E-mail: paulstroeb@aol.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**DOTTIE J. NEW and**
**RALPH NEW,**

      **Plaintiffs,**

v.	Civil Action No.  5:23-CV-00628

**JUSTIN L. FARIS,**
**SUMMERS COUNTY SHERIFF'S**
**DEPARTMENT; SUMMERS COUNTY**
**COMMISSION and JOHN DOES**

      **Defendant.**

## CERTIFICATE OF SERVICE

I, PAUL M. STROEBEL, hereby certify that a true and correct copy of the foregoing *"Notice of Deposition"* has been served upon all defendants by electronic filing this 13th day of June 2024.

      Drannon L. Adkins, Esquire
      Pullin, Fowler, Flanagan, Brown & Poe, PLLC
      JamesMark Building
      901 Quarrier Street
      Charleston, WV  25301

      /**s**/ **Paul M. Stroebel**
      Paul M. Stroebel (WV Bar #5758)
      Attorney for Plaintiff
      Stroebel & Stroebel, PLLC
      405 Capitol Street; Suite 102
      P.O. Box 2582
      Charleston, WV 25329
      Telephone: (304) 346-0197
      Fax: (304) 346-6029
      E-mail: paulstroeb@aol.com