IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

**DOTTIE J. NEW and RALPH NEW,**

    **Plaintiffs,**

v.                                         **CIVIL ACTION NO.: 5:23-CV-00628**
                                             **HONORABLE FRANK W. VOLK**

**JUSTIN L. FARIS;**
**SUMMERS COUNTY SHERIFF'S**
**DEPARTMENT;**
**SUMMERS COUNTY COMMISSION;**
**and JOHN DOES,**

    **Defendants.**

## NOTICE OF DEPOSITION OF PLAINTIFF RALPH NEW

**PLEASE TAKE NOTICE** the Defendants, Summers County Commission, Summers County Sheriff's Department, and Justin L. Faris**,** by counsel, Drannon L. Adkins, and the law firm of Pullin, Fowler, Flanagan, Brown & Poe, PLLC, will, on **June 25, 2024, beginning at 2:00 p.m.** take the deposition of Plaintiff Ralph New, pursuant to Rule 30 of the Federal Rules of Civil Procedure.  This deposition will be held at the law office of **Pullin, Fowler, Flanagan, Brown & Poe, PLLC, 252 George Street, Beckley, West Virginia**, and will be recorded by sound, sound-and-visual, stenographic means, and/or by written questions, before a Notary Public who is not of counsel nor interested in this cause in accordance with the Federal Rules of Civil Procedure. You are invited to attend and protect your interest.  The deposition will continue from day to day until such time as it is completed.

**Summers County Commission, Summers County Sheriff's Department, and Justin L. Faris,**
By Counsel,

*/s/Drannon L. Adkins*
Drannon L Adkins, WVSB No. 11384

***PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC***
JamesMark Building
901 Quarrier Street
Charleston, WV  25301
Telephone:   (304) 344-0100
Facsimile:    (304) 342-1545

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

**DOTTIE J. NEW and RALPH NEW,**

    **Plaintiffs,**

v.                                       **CIVIL ACTION NO.: 5:23-CV-00628**
                                        **HONORABLE FRANK W. VOLK**

**JUSTIN L. FARIS;**
**SUMMERS COUNTY SHERIFF'S**
**DEPARTMENT;**
**SUMMERS COUNTY COMMISSION;**
**and JOHN DOES,**

    **Defendants.**

## CERTIFICATE OF SERVICE

The undersigned, counsel of record for Defendants, Summers County Commission, Summers County Sheriff's Department and Justin L. Faris, do hereby certify on this **14th** day of **June 2024**, that a true copy of the foregoing *"Notice of Deposition of Plaintiff Ralph New"* was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing.

        Paul M. Stroebel
        Stroebel & Stroebel, PLLC
        405 Capitol Street, Suite 102
        PO Box 2582
        Charleston, WV 25329
        paulstroeb@aol.com
        *Counsel for Plaintiffs*

        */s/Drannon L. Adkins*
        Drannon L Adkins, WVSB No. 11384

***PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC***
JamesMark Building
901 Quarrier Street
Charleston, WV  25301
Telephone:   (304) 344-0100
Facsimile:    (304) 342-1545