IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

**DOTTIE J. NEW and RALPH NEW,**

      **Plaintiffs,**

v.                                **CIVIL ACTION NO.: 5:23-CV-00628**
                                        **HONORABLE FRANK W. VOLK**

**JUSTIN L. FARIS; SUMMERS COUNTY
SHERIFF'S DEPARTMENT;
SUMMERS COUNTY COMMISSION;
and JOHN DOES,**

      **Defendants.**

## CERTIFICATE OF SERVICE

      The undersigned, counsel of record for Defendants, Summers County Commission, Summers County Sheriff's Department and Justin L. Faris, do hereby certify on this **9th** day of **October 2024**, that the instant *Certificate of Service* noticing filing of the foregoing ***"DEFENDANTS' RULE 26(a)(2) DISCLOSURE"*** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing. A complete copy of the same has been sent to counsel via email.

Paul M. Stroebel
Stroebel & Stroebel, PLLC
405 Capitol Street, Suite 102
PO Box 2582
Charleston, WV 25329
paulstroeb@aol.com
*Counsel for Plaintiffs*

                                                    */s/Drannon L. Adkins*
                                                    Drannon L Adkins, WVSB No. 11384

***PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC***
JamesMark Building
901 Quarrier Street
Charleston, WV 25301
Telephone:   (304) 344-0100
Facsimile:    (304) 342-1545

3